UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

ROBIN ELAINE GRAY            Chapter 7
                                                  Case No. 17-53289-MAR
      Debtor.                   Hon. Mark A. Randon
_____/

STUART A. GOLD, TRUSTEE,

      Plaintiff,

v.                                                    Adversary No. 18-04023-MAR

JUSTIN AYLER

      Defendant.
_____/

**ORDER EXTENDING DEADLINE FOR
DEFENDANT TO ANSWER COMPLAINT**

This matter having come before the Court upon the stipulation between Plaintiff and Defendant for entry of Order Extending Deadline for Defendant to Answer Complaint; Plaintiff and Defendant having agreed to extend the deadline for Defendant to file an answer; the Court being otherwise duly advised in the premises:

IT IS HEREBY ORDERED that the deadline for Defendant to answer Plaintiff's Complaint is extended to **March 8, 2018.**

**Signed on January 26, 2018**



/s/ Mark A. Randon
Mark A. Randon
United States Bankruptcy Judge